**Lonnie Lee RICHARDSON,
Petitioner—Appellant,**

v.

**Colie RUSHTON, Warden; Henry
McMaster, Attorney General of South
Carolina, Respondents—Appellees.**

No. 04–7431.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 13, 2005.

Decided Jan. 19, 2005.

Lonnie Lee Richardson, Appellant pro
se. Donald John Zelenka, Chief Deputy
Attorney General, John William McIntosh,
Assistant Attorney General, Samuel
Creighton Waters, Office of the Attorney
General of South Carolina, Columbia,
South Carolina, for Appellees.

Before WIDENER, NIEMEYER, and
GREGORY, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Lonnie Lee Richardson seeks to appeal
the district court's order accepting the magistrate judge's recommendation and
denying relief on his petition filed under 28
U.S.C. § 2254 (2000) on the grounds that
the petition was filed beyond the one-year
period allowed for such actions. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. 28 U.S.C. § 2253(c)(1) (2000). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that his constitu-
tional claims are debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
See *Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Rich-
ardson has not made the requisite show-
ing. Accordingly, we deny a certificate of
appealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*